PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Shane Louis Stillday**

**Docket No. 0:00CR00178-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Shane Louis Stillday** who was sentenced for Assault Resulting in Serious Bodily Injury on December 20, 2000, by the Honorable Paul A. Magnuson, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Mandatory drug testing
- Psychological/psychiatric counseling/treatment
- No firearms, dangerous weapons
- 8-16-2003: Conditions were modified to include abstain from alcohol and do not frequent bars
- 6-13-2004: Conditions were modified to include 60 days in a community corrections center

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On April 20, 2005, the defendant submitted to a drug test which tested positive for marijuana. The defendant admitted to using marijuana. The test will be sent in for confirmation.

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 20th day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on April 20, 2005
Place Bemidji

c: United States Sentencing Commission