A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-178 (1) PAM/JGL**

0541 - 0616 - 1262 - D

Shane Louis Stillday

US MARSHALS SERVICE MPLS., MN

JUN 17 1 06 PM '05

RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Shane Louis Stillday

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:

Violation of Supervised Release

Ordered by: Paul A. Magnuson, United States District Court Judge.

June 16, 2005 at St. Paul, MN

(By) Leah E. Gilgenbach, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 6-16-05
ARRESTED BY OSMS-AD
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

JUN 17 2005