**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 00-178 PAM/JGL |
| v. | ) | Date: July 1, 2005 |
| | ) | Court Reporter: |
| **Shane Louis Stillday**, | ) | Tape Number: |
| | ) | Time Commenced: 3:20 p.m. |
| Defendant. | ) | Time Concluded: 3:30 p.m. |
| | | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Scott Tilsen
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed
Interpreter / Language: n/a
Date Charges Filed: 6/16/05 Offense:
☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $[Bond amount] with conditions, see Order Setting Conditions of Release.**

Next appearance date is **July 14, 2005** at **10:30 a.m.** before **Judge Magnuson** for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ final revocation

☒ Detention hearing waived ☒ Preliminary Revocation hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: Remanded to custody of U.S. Marshal pending the final revocation hearing.

s/*Cathy Orlando*
Judicial Assistant