**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# VIOLATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Shane Louis Stillday,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 00-178 PAM
Date: July 14, 2005
Court Reporter: Mara Yackel
Tape Number:
Time Commenced: 10:40 a.m.
Time Concluded: 11:00 a.m.
Time in Court: Hours & 20 Minutes

## APPEARANCES:

Plaintiff: James Lewis, Assistant U.S. Attorney
Defendant: Lionel Norris : FPD 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.

9 **Initial Appearance - Violation of Supervised Release Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 Defendant released on same terms and conditions of supervised release.
: Defendant remanded to custody of the U.S. Marshal for 7 months. No supervision to follow.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk