# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**SHANE LOUIS STILLDAY**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: Criminal 00-178 PAM

**Lyonel Norris**
Defendant's Attorney

**THE DEFENDANT: Shane Louis Stillday**

[x] admitted guilt to violation of condition(s): Mandatory Condition.
[] was found in violation of condition(s) after denial of guilt..
**Accordingly**, the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition | Deft admitted to drinking and tested positive for marijuana | 6/06/2005 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s).

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:**5442**
Defendant's Date of Birth: **1977**
Defendant's USM No.: **09480-041**

**July 14, 2005**
Date of Imposition of Judgment

s/Paul A. Magnuson
Signature of Judicial Officer

**PAUL A. MAGNUSON**, Senior United States District Judge
Name & Title of Judicial Officer

**July 14, 2005**
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: SHANE LOUIS STILLDAY
CASE NUMBER: CRIMINAL 00-178 PAM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a totaL term of **7 months**. No term of supervision to follow.

[] The court makes the following recommendations t the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.

[] at on .

[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on______________________ to ______________________________

at ____________________________, with a certified copy of this judgment.

______________________
United States Marshal

By ______________________
Deputy United States Marshal